**Muhammad Abd Saleem EURY, Plaintiff–Appellant,**

v.

**F. FIELDS; Mr. Glende; D. Spacnoula; T. Brunson; D.L. Baylor; Mr. Morris; Mr. McIntire; Mr. Morehead, Defendants–Appellees.**

**No. 01–6284.**

United States Court of Appeals, Fourth Circuit.

Submitted April 12, 2001.

Decided April 23, 2001.

Muhammad Abd Saleem Eury, pro se.

Before NIEMEYER, WILLIAMS, and GREGORY, Circuit Judges.

PER CURIAM.

Muhammad Eury appeals the district court's order denying relief on his 42

U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Eury v. Fields,* No. CA–01–60 (E.D.Va. Feb. 5, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*